STATE OF NORTH CAROLINA v. JAMES BREEDEN

No. 7212SC503

(Filed 28 June 1972)

APPEAL by defendant from *Clark, Judge,* 28 February 1972 Session of Superior Court held in CUMBERLAND County.

Defendant was tried on a valid bill of indictment charging him with armed robbery. From a verdict of guilty and judgment imposing sentence, defendant appealed.

*Attorney General Robert Morgan by Assistant Attorney General Robert G. Webb for the State.*

*James Godwin Taylor for defendant appellant.*

VAUGHN, Judge.

No assignments of error have been brought forward on appeal. We have examined the record and find no error.

No error.

Judges MORRIS and GRAHAM concur.